McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00117 LJO |
| Plaintiff, | 1:11-CR-00444 LJO |
| v. | |
| RODNEY HEATHER, | STIPULATION TO CONTINUE SENTENCING |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and James R. Homola, attorney for the defendant, that the sentencing and disposition on supervised release violation set for January 8, 2018 at 8:30 am before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to January 22, 2018 at 8:30 a.m. The parties requested a continuance to January 8, as they had been discussing issues relating to sentencing, and need additional time for further investigation. On January 2, 2018, the government received information regarding an incident involving the defendant that occurred in November, and needs time to provide the information to defense and probation as it may bear upon sentencing. The parties believe that a sentencing and dispositional hearing on January 22, 2018 will provide sufficient time to consider the new material.

Dated: January 4, 2018                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                   By     /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: January 4, 2018                    /s/ James R. Homola
                                          JAMES R. HOMOLA
                                          Attorney for Defendant


IT IS SO ORDERED.

   Dated:   **January 5, 2018**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE